JESSICA ELAINE LANIER, SBN 303395
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6923
Fax: (415) 743-6910
Email: jessica.lanier@hklaw.com

Attorneys for Defendants MIDLAND CREDIT MANAGEMENT INC. and MIDLAND FUNDING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA HARTLEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MIDLAND FUNDING, LLC, ET AL., | Case No.: 2:16-cv-02452-JAM-DB<br><br>**ORDER GRANTING EXTENSION** |

Good cause having been shown, and the parties having stipulated, the deadline for Defendants' response to the Complaint is now December 5, 2016.

**IT IS SO ORDERED.**

Date:   11/21/2016                                                  /s/ John A. Mendez_____
                                                                                United States District Court Judge for the
                                                                                Eastern District of California

1
[PROPOSED] ORDER