JESSICA ELAINE LANIER, SBN 303395
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6923
Fax: (415) 743-6910
Email: jessica.lanier@hklaw.com

Attorneys for Defendants MIDLAND CREDIT
MANAGEMENT INC. and MIDLAND
FUNDING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA HARTLEY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MIDLAND FUNDING, LLC, ET AL., | Case No.: 2:16-cv-02452-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**<u>ORDER</u>**

Good cause having been shown, the deadline for Defendants' response to the Complaint is December 12, 2016.

Date:   12/5/16                                               /s/ John A. Mendez_____
                                                              United States District Court Judge for the
                                                              Eastern District of California

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450